IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KELVIN POWELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:11-cv-102-ID ) |
| KEITH REED, *et al.,* | ) ) ) |
| Defendants. | ) |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. No. 5) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED as follows:

a. the Recommendation of the Magistrate Judge is ADOPTED;

b. Plaintiff's claims against the Houston County Jail are DISMISSED with prejudice, prior to service of process, pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i);

c. the Houston County Jail is DISMISSED as a party to this complaint; and

d. this case, with respect to the remaining defendants, is REFERRED back to the Magistrate Judge for additional proceedings.

Done this 21st day of March, 2011.

                                          /s/ Ira DeMent
                                        SENIOR UNITED STATES DISTRICT JUDGE